1  JOHN L. BURRIS, Esq./ State Bar #69888
2  BENJAMIN NISENBAUM, Esq./ State Bar #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone:     (510) 839-5200
5  Facsimile:     (510) 839-3882

6

7  Attorneys for Plaintiffs

8

9                     UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  BELINDA GOINS, individually and as co-        Case No.  C 14-03806 VC
    successor-in-interest to DAVID GOINS; DAVID
13  GOINS, JR., individually and as co-successor-in-   **STIPULATION AND (~~PROPOSED~~) ORDER**
    interest to DAVID GOINS; MARTIN GOINS,           **MODIFYING CASE MANAGEMENT**
14  individually and as co-successor-in-interest to   **SCHEDULE**
    DAVID GOINS; RICHARD GOINS,
15  individually and as co-successor-in-interest to
    DAVID GOINS,
16
17
18                          Plaintiffs,

19          vs.
    COUNTY OF ALAMEDA,  a municipal
20  corporation; GREGORY J. AHERN, in his
    capacity as Sheriff for the COUNTY OF
21  ALAMEDA; SIERRY WILHELM, individually
    and in his official capacity as a sergeant for the
22  COUNTY OF ALAMDEA; ROBERT
    GRIFFITH, individually and in his official
23  capacity as a deputy sheriff for the COUNTY OF
    ALAMEDA; MARIO FELIX, individually and
24  in his official capacity as a lieutenant for the
    COUNTY OF ALAMEDA; and DOES 4-100,
25  inclusive,
26
27                          Defendants.
28

1

_____ /

2

3                                                    **STIPULATION**

4        WHEREAS, the parties have proceeded with conducting discovery in the instant action;

5        WHEREAS, the depositions of Plaintiffs and Defendants have been noticed, but have been

6   delayed by conflicts in plaintiffs and defendants calendars;

7        WHEREAS, Expert Witness Designations were due in this matter to be exchanged by June

8   26, 2015;

9        WHEREAS, counsel for the parties have agreed to postpone the exchange of expert witness

10  disclosures until after the completion of a settlement conference;

11       WHEREAS, the retention of retained expert witnesses in this matter will be one of the most

12  significant costs each party incurs in this action, and will include retained use of force,

13  reconstruction/human factors, and medical experts;

14       WHEREAS, the settlement conference in this case was originally scheduled to occur April 8,

15  2015, and was then re-set by Magistrate Judge Beeler to June 26, 2015 (Docket No. 25);

16       WHEREAS, the settlement conference in this case was then postponed to July 17, 2015, due

17  to another settlement conference in a different matter (*Jimenez, et al. v. County of Alameda, et al.*

18  Northern Dist. Case No. 13-14620 CRB, in which the same undersigned counsel represents Plaintiffs

19  and Defendants, was ordered by Judge Breyer to occur in place of the settlement conference in the

20  instant action, also before Magistrate Judge Beeler (Docket No. 27);

21       WHEREFORE, the parties respectfully request that the Court's scheduling order in this action

22  (Docket No. 19) be modified to allow the parties to attempt to resolve this action prior to incurring

23  the significant costs of necessary expert witnesses, which may be detrimental to settlement

24  discussions by:

25       1.      Extending the date for exchange of Opening Expert Witnesses Designations and

26  Reports to September 1, 2015, to allow for retention of experts, and preparation, and completion of

27  opening expert witness reports;

28

2.      Extending the completion of fact discovery to August 18, 2015, such that any remaining fact discovery after the settlement conference is conducted can be completed in time for expert witness consideration.

The proposed modifications should have no impact on the remainder of the Court's scheduling order, which requires Dispositive Motions be filed such that they are heard by October 15, 2015.

Respectfully submitted,

Dated:  June 29, 2015                **THE LAW OFFICES OF JOHN L. BURRIS**

                                     */s/ Benjamin Nisenbaum*
                                     Benjamin Nisenbaum, Esq.
                                     Attorney for Plaintiff

Dated:  June 29, 2015                **BOORNAZIAN, JENSEN & GARTHE**
                                     **A Professional Corporation**

                                     */s/ Gregory J. Rockwell*
                                     Gregory J. Rockwell, Esq.,
                                     Attorney for Defendants


                          ~~(proposed)~~ **ORDER**

**GOOD CAUSE SHOWN,** the Court hereby orders as follows:

1.      The date of exchange for Opening Expert Witness Designations and report is hereby extended to September 1, 2015.

2.      The close of fact discovery is hereby extended to August 18, 2015.

3.      Expert discovery shall close on October 1, 2015.

4.      No other dates shall be affected by this modification to the Court's scheduling Order.

IT IS SO ORDERED.

Dated:  July 1, 2015                 _____
                                     Hon. VINCE CHHABRIA
                                     UNITED STATES DISTRICT JUDGE